**644 VAUGHN vs. CIRCUIT JUDGE (Genesee), No. 16007½.**

To compel respondent to proceed to a hearing upon a bill filed for divorce, where the order of publication was served upon the defendant at Seattle, Washington, and the respondent refused to hear the cause on the ground that Act No. 202, Laws of 1895, required such service to be made in Michigan.

Peremptory order granted December 24, 1896.

**645 DALY vs. CIRCUIT JUDGE (Wayne), No. 14990½.**

To compel one of the judges of the Wayne Circuit Court to proceed to a hearing and determination upon a petition filed by relator for the custody of her child, such custody having been awarded to relator's former husband upon a decree of divorce granted to the husband by one of the circuit judges, who was at the time of the application temporarily absent from the city.

Order to show cause denied July 9, 1895.

**646 FITZPATRICK vs. CIRCUIT JUDGE (Wayne), No. 16073.**

To compel respondent to sign a decree, where the return shows that the case has been but partially heard.

Denied, with costs, February 17, 1897.